Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
__Middle__ District of __Florida__
_____ Division

| | |
|---|---|
| Diansky Rouzard | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)*  ☒ Yes   ☐ No |
| -v- | |
| U-HAUL INTERNATIONAL, INC. | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

   **A.    The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Diansky Rouzard |
   | Street Address | c/o 143 Grande Valencia Drive, Apt. 108 |
   | City and County | Orlando, Orange County |
   | State and Zip Code | Florida 32825 |
   | Telephone Number | 321-226-8525 |
   | E-mail Address | dcrownestate@yahoo.com |

   **B.    The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | U-HAUL INTERNATIONAL, INC. |
| Job or Title *(if known)* | Attn. Legal Department, General Counsel |
| Street Address | 2727 N. Central Ave., |
| City and County | Phoenix, AZ |
| State and Zip Code | Arizona 85004 |
| Telephone Number | N/A |
| E-mail Address *(if known)* | 956053_GM@UHaul.com; wes_chadwick@uhaul.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**II.     Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 U.S.C. § 1332; Fla. Stat. § 501.17; 115 U.S.C. § 45; Common Law Breach of Contract; Common Law Fiduciary Duty; under provision of 12 USC 504

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.     The Plaintiff(s)

   a.     If the plaintiff is an individual

   The plaintiff, *(name)* Diansky Rouzard, is a citizen of the State of *(name)* Florida.

   b.     If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
   and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

   a.     If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

      b.    If the defendant is a corporation

The defendant, *(name)* U-HAUL INTERNATIONAL, INC., is incorporated under the laws of the State of *(name)* Arizona, and has its principal place of business in the State of *(name)* Florida.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff alleges that Defendant breached the terms of a storage rental agreement by failing to honor a lawful payment submitted via a Bill of Exchange on August 23, 2024, imposing unauthorized fees, and mishandling Plaintiff's personal information. Defendant also failed to respond to Plaintiff's administrative and formal complaints. For detailed factual allegations and legal claims, see Plaintiff's Civil Complaint with attached exhibits.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff seeks civil penalties, declaratory relief, injunctive relief, attorney fees, costs, and all other appropriate relief as detailed in Plaintiff's Civil Complaint.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DIANSKY ROUZARD,
Plaintiff,

v.                                                                                    Case No.: [To be Assigned]

U-HAUL INTERNATIONAL, INC.,
Defendant.

## CIVIL COMPLAINT

Comes now, I, Diansky Rouzard, herein "Plaintiff", by and through this Civil Complaint, alleges as follows against Defendant, U-Haul International, Inc. This Complaint arises from Defendant's repeated breach of contract, violation of fiduciary duty, failure to comply with contractual obligations, imposition of unauthorized fees, and mishandling of Plaintiff's personal and financial information. Despite Plaintiff's lawful tender of payment via a Bill of Exchange on August 23, 2024, Defendant failed to honor the payment, imposed unauthorized fees, and refused to adequately address Plaintiff's claims and concerns.

1. Plaintiff: Diansky Rouzard, a resident of Orlando, Florida.

2. Defendant: U-Haul International, Inc., a corporation headquartered at 2727 N. Central Ave., Phoenix, AZ, conducting substantial business in Florida, including through the operation of storage facilities in Orlando, Orange County.

3. This Court has jurisdiction pursuant to 28 U.S.C. § 1332, as the parties are citizens of different states and the amount in controversy exceeds $75,000.00.

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2), as a substantial part of the events or omissions giving rise to this claim occurred in Orange County, Florida.

5. Plaintiff entered into a storage rental agreement with Defendant on July 15, 2024, for unit #1417 at U-Haul Moving & Storage of Goldenrod, Florida, see: Exhibit A (Rental Agreement).

6. On August 23, 2024, Plaintiff submitted a Bill of Exchange for $101.15 to settle the account balance, delivering it to Defendant's General Manager, Jovanny Santiago, see: Exhibit B & B1 (Notice of Tender & Indorsed Bill of Exchange).

7. Despite receiving this lawful payment, Defendant failed to honor the Bill of Exchange and continued to issue Auto-Payment Failure notifications on October 18, 2024, and October 21, 2024, see: Exhibit C (Auto-Payment Notifications).

8. On October 21, 2024, Defendant imposed a $15.00 late fee despite the account having been lawfully settled, see: Exhibit D (Late Fee Notice).

9. Plaintiff filed a formal complaint with the Florida Department of Agriculture and Consumer Services (FDACS) under Case #2410-03333. On December 3, 2024, FDACS informed Plaintiff that Defendant failed to respond to mediation efforts, see: Exhibit E (FDACS Closure Notice).

10. Plaintiff also sent a formal Notice of Claim to Wesley Chadwick, U-Haul's Director of Operations, on October 18, 2024, detailing Defendant's failure to honor the payment and resolve the ongoing issues. Despite receiving this notice, Defendant failed to provide any substantive response or resolution, see: Exhibit F, F1, & F2 (Initial & Final Demand Notices).

Defendant's failure to address Plaintiff's initial and final demands are further evidenced by:

   a. Despite receiving Plaintiff's valid Bill of Exchange, Defendant refused to acknowledge the Plaintiff's lawful payment, but rather continued to impose fees and issue delinquency notices.

   a. Defendant's lack of response to FDACS demonstrates willful noncompliance and a disregard for administrative resolutions.

2

    b. Plaintiff's formal Initial, follow-ups, and final demands were ignored, leaving the issues unresolved.

    c. Defendant's inadequate response further illustrates a failure of fiduciary duty and basic customer care.

    d. Defendant's actions demonstrate a pattern of negligence, noncompliance, and deliberate disregard for contractual and fiduciary obligations.

12. Defendant repeatedly mishandled Plaintiff's personal information by addressing Plaintiff as "Ms." instead of "Mr.," despite being notified of the error. (Exhibit G - Correspondence Regarding Incorrect Salutation)

13. Plaintiff and Defendant entered into a valid contract on July 15, 2024.

14. Plaintiff fulfilled his contractual obligations by submitting lawful payment via the Bill of Exchange.

15. Defendant breached the contract by failing to honor the payment and imposing unauthorized fees.

16. Defendant owed Plaintiff a fiduciary duty to properly manage and protect his account and personal information.

17. Defendant breached this duty by failing to honor Plaintiff's lawful payment and mishandling his personal data.

18. Defendant's actions constitute violations of the Florida Information Protection Act (Fla. Stat. § 501.171) and the Federal Trade Commission Act, warranting civil money penalties.

19. Plaintiff calculates these penalties as follows:

a. From August 23, 2024, to September 21, 2024 (30 days):

- $25,000.00 per day x 30 days = 750,000.00

b. From September 22, 2024, to December 3, 2024 (73 days):

- $1,000,000.00 per day x 73 days = $73,000,000.00

c. Total Civil Money Penalties:

- $750,000.00 + $73,000,000.00 = $73,750,000.00

WHEREFORE, Plaintiff respectfully requests judgment against Defendant as follows:

- Grant Plaintiff civil penalties grand total of $73,750,000.00.

- Grant Plaintiff declaratory relief declaring the account as paid in full and removing all unauthorized fees.

- Grant Plaintiff injunctive relief enjoining Defendant from further collection activities and mishandling of Plaintiff's personal information.

- Grant Plaintiff reasonable legal fees and costs awarding incurred in pursuing this action.

- Grant Plaintiff pre- and post- judgment interest awarding interest as permitted by law.

- Grant Plaintiff such other relief as the Court deems just and proper.

Exhibit(s):

- Exhibit A: Rental Agreement

- Exhibit B & B1: Notice of Tender & Indorsed Bill of Exchange

- Exhibit C: Auto-Payment Notifications

- Exhibit D: Late Fee Notice

- Exhibit E: FDACS Closure Notice

- Exhibit F, F1, & F2 - Initial & Final Demand Notices

- Exhibit G: Correspondence on Incorrect Salutation

Oath:

I, DIANSKY ROUZARD, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Certification and Closing:

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this claim and demand is not being presented for an improper purpose, such as to needlessly to delay or hinder this litigation; is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; the factual contention  specifically so identified likely has evidentiary support after a reasonable opportunity for further investigation.

Certificate of Service:

I, DIANSKY ROUZARD, hereby certify that on this 8th day of December, 2024. I served the foregoing pleading to the listed below CM/ECF of such filing document(s) to the following participant(s) involved:

Defendant:

U-Haul International, Inc.
Attn: Legal Department, General Counselor
2721 N. Central Ave.
Phoenix, AZ 85004
956053_GM@UHaul.com
wes_chadwick@uhaul.com

Respectfully submitted,
/s/ Diansky Rouzard
/p/ DIANSKY ROUZARD, Claimant
dcrownestate@yahoo.com
Deemed done in good faith
Without prejudice

6