UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DIANSKY ROUZARD,**

       **Plaintiff,**

v.                                                            Case No.  6:24-cv-2233-CEM-DCI

**U-HAUL INTERNATIONAL, INC.,**

       **Defendant.**

                                         /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* ("Motion," Doc. 2). The United States Magistrate Judge issued a Report and Recommendation (Doc. 10), recommending that (1) the Motion be denied without prejudice; (2) the complaint be dismissed; and (3) Plaintiff be permitted to file an amended complaint "to the extent he brings a federal claim," (*id.* at 3–4). Plaintiff did not file any objections but did file an Amended Complaint (Doc. 12).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 10) is **ADOPTED** and made a part of this Order.

2. The Motion to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED without prejudice**.

3. Plaintiff's Complaint (Doc. 1) is **DISMISSED**.

4. Plaintiff's Amended Complaint (Doc. 7) is accepted as timely.

5. Plaintiff's Motion to Correct the Docket and Substitute Amended Complaint (Doc. 13) and Plaintiff's Motion for Judicial Review of Filing Irregularities (Doc. 15) are **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida on January 24, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party