UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DIANSKY ROUZARD,**

       **Plaintiff,**

v.                                                   Case No.  6:24-cv-2233-CEM-DCI

**U-HAUL INTERNATIONAL, INC.,**

       **Defendant.**
_____/

# ORDER

THIS CAUSE is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* ("Motion," Doc. 17). The United States Magistrate Judge issued a Report and Recommendation ("R&R," Doc. 28), recommending that (1) the Motion be denied without prejudice; (2) the Amended Complaint be dismissed; and (3) Plaintiff be permitted to file an amended complaint "to the extent he brings a federal claim under some particular provision of the Truth in Lending Act," (*id.* at 4). Plaintiff filed Objections (Doc. 30) and a Second Amended Complaint (Doc. 29).

Pursuant to 28 U.S.C. § 636(b)(1), when a party makes a timely objection, the Court shall review *de novo* any portions of a magistrate judge's R&R concerning specific proposed findings or recommendations to which an objection is made. *See also* Fed. R. Civ. P. 72(b)(3). *De novo* review "require[s] independent consideration

of factual issues based on the record." *Jeffrey S. v. State Bd. of Educ. of Ga.*, 896 F.2d 507, 513 (11th Cir. 1990) (per curiam). The district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Plaintiff's Objections are timely, but Plaintiff objects to a recommendation the Magistrate Judge did not make. The R&R recommends dismissing the Amended Complaint not the case. Plaintiff also requests that he be granted leave to proceed on the Second Amended Complaint. Because the Magistrate Judge recommended Plaintiff be given leave to amend, the Court accepts Plaintiff's Second Amended Complaint (Doc. 29) as timely.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and considering the Objections, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff's Objections (Doc. 30) are **OVERRULED**.

2. The Report and Recommendation (Doc. 28) is **ADOPTED** and made a part of this Order.

3. The Motion to Proceed *In Forma Pauperis* (Doc. 17) is **DENIED without prejudice**.

4. Plaintiff's Amended Complaint (Doc. 12) is **DISMISSED**.

5. Plaintiff's Second Amended Complaint (Doc. 29) is accepted as timely.

6. **On or before July 18, 2025**, Plaintiff shall file a Renewed Motion to Proceed *In Forma Pauperis*, or alternatively, pay the filing fee.

7. Failure to comply with this Order will result in the closure of this case without further notice.

**DONE** and **ORDERED** in Orlando, Florida on July 1, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party